# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARK HAMER, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> STATE OF NEVADA BUREAU OF ) <br> VOCATIONAL REHABILITATION ) <br> EMPLOYMENT AND TRAINING and ) <br> NEVADA DISABILITY AND ) <br> ADVOCACY LAW CENTER, ) <br> ) <br> Defendants. ) | Case No.: 2:15-cv-01036-GMN-GWF <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FOLEY** |

Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable George Foley, Jr., United States Magistrate Judge, entered January 21, 2016.

Pursuant to Local Rule IB 3-2(a), objections were due by February 7, 2016. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Foley's recommendations that Plaintiff's racial discrimination claim against the Nevada Bureau of Vocation Rehabilitation ("NBVR") and the Nevada Disability and Advocacy Law Center pursuant to 42 U.S.C §1983 be dismissed. This case will proceed on Plaintiff's remaining claim against the NBVR pursuant to Title II of the Americans with Disabilities Act. Therefore, the Court has determined that Magistrate Judge Foley's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 4) is **ACCEPTED and ADOPTED in full.** Plaintiff's racial discrimination claims against the

Nevada Bureau of Vocation Rehabilitation and the Nevada Disability and Advocacy Law Center pursuant to 42 U.S.C §1983 are dismissed with prejudice.

The Clerk shall enter judgment accordingly.

**DATED** this __22__ day of February, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court