# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CLARK HAMER,

        Plaintiff,

vs.

STATE OF NEVADA BUREAU OF VOCATIONAL REHABILITATION EMPLOYMENT AND TRAINING,

        Defendant.

Case No. 2:15-cv-01036-GMN-GWF

**ORDER**

      This matter is before the Court on Plaintiff's Motion to Order the Issuance of Complaint and Summons (ECF No. 27), filed on January 30, 2017, Motion to Issue Complaint and Summons and for Modification of the Number of Defendants (ECF No. 29), filed on April 7, 2017, and Motion to Issue and Serve Summonses (ECF No. 33), filed on June 9, 2017. Also before the Court is Plaintiff's Motion to Update Current Status of Summons and Complaint (ECF No. 36), filed on June 23, 2017.

      On September 26, 2016, Plaintiff filed his "third" amended Complaint[1]. ECF No. 19. On April 7, 2017, Plaintiff requested to modify the number of defendants and/or their capacities to be charged but did not provide the names or entities of the defendants. *See* ECF No. 29. Plaintiff listed twelve individuals in his third amended complaint and described them as employees of the State of Nevada "that had a hand in directly depriving [him] of [his] privileges as a client and citizen of the United States, while violating State and Federal regulations." *See Third Amended Complaint*

---

[1] Although it is his second amended complaint, Plaintiff titled it as his third amended complaint and the Court will refer to it as the third amended complaint hereinafter.

(ECF No. 19), pg. 3.  On May 24, 2017, the Court screened Plaintiff's third amended complaint, recommended that Plaintiff's discrimination claim against the Nevada Disability and Advocacy Law Center ("NDALC") be dismissed, and ordered the Clerk of Court to issue summons to Defendant Nevada Bureau of Vocational Rehabilitation ("NBVR").  On June 9, 2017, Plaintiff requested that the Court order the Clerk of Court to issue summons to ten individuals as defendants.

Although Plaintiff identified individuals in his third amended complaint, they were not named as individual defendants or parties to this matter and the Court did not authorize Plaintiff to file an amended complaint against them.  The Court, therefore, denies Plaintiff's request to serve summonses against the individual defendants listed in his third amended complaint without prejudice to Plaintiff filing a motion to amend with an attached proposed amended complaint according to the Local Rules of Practice for the District of Nevada and the Federal Rules of Civil Procedure.  In his June 23, 2017 motion, Plaintiff appears to be updating the Court on the service of his third amended complaint upon Defendant NBVR and does not request any specific form or relief.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Order the Issuance of Complaint and Summons (ECF No. 27), Motion to Issue Complaint and Summons and for Modification of the Number of Defendants (ECF No. 29), and Motion to Issue and Serve Summonses (ECF No. 33) are **denied**.

**IT IS FURTHER ORDERED** that Motion to Update Current Status of Summons and Complaint (ECF No. 36) is **denied** as moot.

DATED this 10th day of July, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge