**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CLARK HAMER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-01036-GMN-GWF |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| STATE OF NEVADA BUREAU OF | ) | |
| VOCATIONAL REHABILITATION | ) | |
| EMPLOYMENT AND TRAINING, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Motion for Ruling (ECF No. 53), filed on November 9, 2017.

Plaintiff requests that the Court expedite this matter due to his physical and financial condition. Although the Court understands Plaintiff's desire to have an expedited resolution, this matter will be dealt with in the ordinary course. The Court, therefore, denies Plaintiff's request for a ruling. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Ruling (ECF No. 53) is **denied**.

DATED this 17th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge